**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| CHRISTOPHER JEROME WARE | CIVIL ACTION NO. 14-2214 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| LOUISIANA DEPARTMENT OF CORRECTIONS, ET AL. | MAGISTRATE JUDGEHORNSBY |

**ORDER**

The Court having received a letter from defense counsel, James "Gary" Evans informing the Court that the parties have reached an agreement in principle to resolve all outstanding claims for attorney' fees, costs, and expenses asserted in Plaintiff, Christopher Jerome Ware's ("Ware") Motions for Attorney Fees and Costs (Record Documents 144 and 145);

**IT IS ORDERED** that these Motions are hereby **TERMINATED**. The parties shall notify the Court if a settlement agreement is not consummated and the Motions need to be considered within ninety (90) days of the signing of this Order. The Clerk is now requested to terminate these motions.

**IT IS FURTHER ORDERED** that the parties shall alert the Court once an official settlement agreement has been reached.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this the 23rd day of May, 2018.

S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT